UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

RAMONE WELLS,

        Plaintiff,                       Case No. 1:06-cv-548

v.                                           Hon. Richard Alan Enslen

TERRI ARREDIA SMITH,

        Defendant.

_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed October 4, 2006, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that upon review of Plaintiff's claims, this Court can discern no good-faith basis for an appeal and so certifies in accordance with *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

Dated in Kalamazoo, MI:                           /s/Richard Alan Enslen
October 31, 2006                                  Richard Alan Enslen
                                                     Senior United States District Judge

Case 1:06-cv-00548-RAE-ESC   ECF No. 7 filed 10/31/06   PageID.29   Page 2 of 2